# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
www.ogletreedeakins.com



IT IS SO ORDERED
*Jacqueline S. Corley*
Judge Jacqueline Scott Corley

Christopher M. Ahearn
chris.ahearn@ogletreedeakins.com

August 8, 2014

**Via E-Mail (JSCpo@cand.uscourts.gov)**
Attn:   Ada Means, Courtroom Deputy
Magistrate Judge Jaqueline Scott Corley
U.S.D.C. – Northern District of CA
450 Golden Gate Avenue,
Courtroom F, 15th Floor
San Francisco, CA 94102

Re:   Defendants' Request for Insurance Representative to Telephonically Appear at Settlement Conference on August 15, 2014 @ 9:30 a.m.

---

*Kevin Sunkett v. Advantage Technical Resourcing, Inc. and Connie Alarcon*
U.S. District Court – Northern District of CA, Case No. 3:14-cv-00967 CRB
(Related Case No. 3:13-cv-06004 CRB)

Dear Judge Corley:

The undersigned counsel for Defendants Advantage Technical Resourcing and Connie Alarcon will be present at the settlement conference scheduled for August 15, 2014.  Both Connie Alarcon, and Bill West, Advantage Technical Resourcing's Senior Vice President of Human Resources, will be present.  Both Alarcon and West are thoroughly versed in the facts and law concerning this matter, and will have full authority to settle.  Defendant Advantage Technical Resourcing, Inc. ("ATR"), however, requests that the Court allow a representative of Defendant ATR's insurer, Karen Kranson of ACE, to participate telephonically in the settlement conference.  The undersigned counsel has confirmed via e-mail that counsel for the other parties have no objection to such telephonic appearance.

Defendant ATR makes this request on the ground that Ms. Kranson is based in New York, and she has confirmed that she will make herself fully available as necessary by telephone to discuss all matters pertaining to the settlement conference, including by mobile phone after hours if necessary.

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver
Detroit Metro • Greenville • Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis
Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City • Orange County • Philadelphia • Phoenix • Pittsburgh
Portland • Raleigh • Richmond • St. Louis • St. Thomas • San Antonio • San Diego • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

Ada Means, Courtroom Deputy  
Magistrate Judge Jacqueline Scott Corley  
August 8, 2014  
Page 2



      Ms. Kranson is thoroughly versed in both the facts and the law concerning this matter. She will have full authority pursuant to the applicable insurance policy to resolve the matter on behalf of ACE.

      Defendant ATR appreciates the court's consideration.

      Very truly yours,

      Christopher M. Ahearn

cc:    Richard M. Rogers, Esq. (via E-mail)  
       Karen M. Cogbill, Esq. (via E-mail)